UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RAYMOND HAROLD KIMBLE III** | **CIVIL ACTION** |
| **VERSUS** | **NO. 14-2779** |
| **PARISH OF JEFFERSON, CITY OF HARAHAN, DAVID J. DEROCHE, CHIEF JOE LORENZO, NICK GLEBER, ROBERT HOGAN, WILLIAM SANDINO** | **SECTION "G" (4)** |

## ORDER

The Court, having considered the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Raymond Harold Kimble, III's 42 U.S.C. § 1983 complaint against the defendants, Parish of Jefferson, the City of Harahan, David J. Deroche, Chief Joe Lorenzo, Nick Gleber, Robert Hogan, and William Sandino, is **DISMISSED WITH PREJUDICE** for failure to serve pursuant to Fed. R. Civ. P. 4(m) and for failure to prosecute under Fed. R. Civ. P. 41(b).

**NEW ORLEANS, LOUISIANA,** this __7th__ day of January, 2016.

**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**